IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-00762-RPM

J. DAVID EVANS and
BERNITA M. EVANS,

        Plaintiffs,

v.

ANN M. VENEMAN, Secretary, United States Department of Agriculture,

        Defendant.

---

ORDER DEFERRING RULING ON MOTION FOR ATTORNEY'S FEES

---

    Because the plaintiff has filed a Notice of Appeal, the Court has determined that the disputed amounts requested in the Plaintiff's Application for Fees and Other Expenses, filed December 1, 2005, should be deferred pending the outcome of the appeal, it is therefore

    ORDERED that the ruling on the disputed amounts in the application for attorney's fees and expenses is deferred until determination of the appeal.

    Dated: January 3, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge