IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-00762-RPM

J. DAVID EVANS and
BERNITA M. EVANS,

        Plaintiffs,

v.

ANN M. VENEMAN, Secretary, United States Department of Agriculture,

        Defendant.

---

ORDER FOR STAY PENDING APPEAL

---

        Pursuant to the Defendant's Motion for Stay Pending Appeal, filed January 12, 2006, and the plaintiffs' response, filed January 30, 2006, and because the primary issue on the defendant's appeal is the question of this Court's jurisdiction to enter the Judgment of November 1, 2005, and because the Court sees no prejudice to the plaintiffs from the issuance of a stay, it is

        ORDERED that the defendant's compliance with the Court's Judgment on November 1, 2005, is stayed pending resolution of the appeal.

        Dated: May 19, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge