IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-00762-RPM

J. DAVID EVANS and
BERNITA M. EVANS,

        Plaintiffs,

v.

ANN M. VENEMAN, Secretary, United States Department of Agriculture,

        Defendant.

---

ORDER FOR STATUS REPORT

---

A final judgment was entered in this matter on November 1, 2005. The plaintiffs filed a motion to alter or amend the Court's order and judgment to award attorney's fees and on November 23, 2005, this Court denied that motion. On December 1, 2005, the plaintiff filed an application for fees and expenses in this action under 28 U.S.C. § 2412(d). This Court deferred ruling on that motion until disposition of the appeal and on May 19, 2006, this Court granted a stay pending appeal. On June 23, 2006, the Tenth Circuit Court of Appeals ordered dismissal of the appeal. Upon the state of the record, it is not clear what further proceedings may be necessary in this court in that the dismissal apparently resulted from a stipulation. It is now

ORDERED that the parties shall submit a status report to this court on or before October 6, 2006, identifying what, if any, further action is required in this court.

Dated: September 26, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge